The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| THE POOL COMPANY, INC., an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW RUZICKA,<br><br>　　　　　Defendant. | Case No. 3:18-cv-05524-RBL<br><br>CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF THE POOL COMPANY, INC. |

　　　　Pursuant to Fed. R. Civ. P. 7.1, Plaintiff The Pool Company, Inc. ("TPC") states that TPC, a corporation organized under the laws of the State of Oregon, is a wholly-owned subsidiary of Master Pools Alta Ltd. ("MPA"). MPA is a corporation organized under the laws of Alberta, Canada. MPA is not a publicly traded company, and no publicly held corporation owns more than 10% of MPA stock.

CORPORATE DISCLOSURE STATEMENT
Case No.: 3:18-cv-05524-RBL

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

1  Dated: September 18, 2018           Respectfully submitted,

2
3                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

4
5                                      By:   *s/John W. Wolfe*
                                             *s/Charles J. Ha*
6                                            *s/Nicole M. Tadano*
                                       John W. Wolfe (WSBA No. 8028)
7                                      wolfe@orrick.com
                                       Charles J. Ha (WSBA No. 34430)
8                                      charlesha@orrick.com
                                       Nicole Tadano (WSBA No. 40531)
9                                      ntadano@orrick.com

10                                     701 Fifth Avenue
                                       Suite 5600
11                                     Seattle, WA  98104-7097
                                       Telephone:  +1 206 839 4300
12                                     Facsimile:  +1 206 839 4301

13                                     OLES MORRISON RINKER & BAKER LLP

14                                         Samuel E. Baker, Jr. (WSBA No. 3872)
                                           baker@oles.com
15
                                           701 Pike Street
16                                         Suite 1700
                                           Seattle, WA  98101-3930
17                                         Telephone:  +1 206 623 3427
                                           Facsimile:  +1 206 682 6234
18

19
                                       *Attorneys for Plaintiff The Pool Company, Inc.*
20

21

22

23

24

25

26

27

28

CORPORATE DISCLOSURE STATEMENT
Case No.:  3:18-cv-05524-RBL                - 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

By: _s/John W. Wolfe_
John W. Wolfe

CORPORATE DISCLOSURE STATEMENT
Case No.: 3:18-cv-05524-RBL

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300